UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RED DRAGON PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRUTHMD, LLC, GEMMA CUNNINGHAM, CHARLES D. ROSEN, GARY L. WILSON, and MORGAN ST. JOHN,<br><br>    Defendants.<br>_____/ | Case No.: 1:24-CV-00450-JLH-SRF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2025, Plaintiff's Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1) was served upon the below-named counsel of record by electronic mail at the email addresses indicated:

Michael C. Heyden, Jr., Esq.
Joseph E. Brenner, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
824 N. Market Street, Suite 220
Wilmington, DE 19801
mheyden@grsm.com
jbrenner@grsm.com

|  |  |
|---|---|
| *Of counsel:* | ASHBY & GEDDES<br><br>*/s/ Marie M. Degnan*<br>Philip Trainer, Jr. (#2788) |
| Marcos Daniel Jiménez<br>*Admitted Pro Hac Vice*<br>Cristina Moreno<br>*Admitted Pro Hac Vice*<br>LEÓN COSGROVE JIMÉNEZ, LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, Florida 33134<br>Tel: (305) 740-1975<br>Email: mjimenez@leoncosgrove.com<br>Email: cmoreno@leoncosgrove.com<br><br>Dated: June 30, 2025 | Marie M. Degnan (#5602)<br>Randall J. Teti (#6334)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>(302) 654-2067 (facsimile)<br>ptrainer@ashbygeddes.com<br>mdegnan@ashbygeddes.com<br>rteti@ashbygeddes.com<br><br>*Counsel for Plaintiff Red Dragon Partners, LLC* |