# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED DRAGON PARTNERS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-450-JLH-SRF |
| | ) |
| v. | ) |
| | ) |
| TRUTHMD, LLC, GEMMA CUNNINGHAM, CHARLES D. ROSEN, GARY L. WILSON, and MORGAN ST. JOHN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 9, 2025, the undersigned served a true and correct copy of *Defendants' Rule 26 Disclosures* via Email upon all counsel of record.

                                            **GORDON & REES**
                                            **SCULLY MANSUKHANI, LLP**

                                            */s/ Michael C. Heyden, Jr.*
                                            Michael C. Heyden, Jr. (#5616)
                                            Joseph E. Brenner (#6643)
                                            824 N. Market Street, Suite 220
                                            Wilmington, DE 19801
                                            (302) 992-8955
                                            mheyden@grsm.com
                                            jbrenner@grsm.com

                                            *Attorneys for Defendants*

Dated: July 9, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record via the Court's Electronic Case Management Filing system this 9th day of July, 2025.

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr.