IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED DRAGON PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUTHMD, LLC, GEMMA CUNNINGHAM, CHARLES D. ROSEN, GARY L. WILSON, AND MORGAN ST. JOHN,<br><br>Defendants. | C.A. No.: 1:24-cv-00450-JLH-SRF |

**CERTIFICATION OF COUNSEL**

Pursuant to Federal Rule of Civil Procedure 72, the undersigned hereby certifies that Defendants' Objections to Report and Recommendation ("Objections"), D.I. 148, raises arguments not before Magistrate Fallon only to the extent that the Objections ask for a procedural modification that the District Court hold that any denial of the Motion for Partial Summary Judgment ("Motion"), D.I. 82, is *without prejudice*. Good cause exists for granting the Objections and for Defendants' failure to raise this argument before Magistrate Fallon. Specifically, as indicated in the Objections, Magistrate Fallon's Report and Recommendation, D.I. 142, denies the Motion, in part, due to the ongoing nature of discovery in this matter. Given Magistrate Fallon's reliance on this basis, the ability of Defendants to renew the Motion based on subsequent discovery should be preserved. What is more, raising the issue of the nature of the denial for the first time in the form of objection to the Report and Recommendation is appropriate for two reasons. First, the nature of the

denial is a subject properly reserved to the District Court. Second, Defendants' request is procedural not substantive. Accordingly, the Objection contains no additional factual and/or legal arguments that were not previously addressed by Magistrate Fallon in the first instance.

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Joseph E. Brenner*____________
Joseph E. Brenner (#6643)
221 W. 10th Street, 4th Floor #447
Wilmington, DE 19801
(302) 992-8955
jbrenner@grsm.com

Tamara A. Seelman (*admitted pro hac vice*)
Lillian L. Alves (*admitted pro hac vice*)
555 Seventh Street, Suite 3400
Denver, CO 80202
(303) 534-5161
tseelman@grsm.com
lalves@grsm.com

*Attorneys for Defendants, TruthMD, LLC, Gemma Cunningham, Charles D. Rosen, Gary L. Wilson, and Morgan St. John*

Dated: April 1, 2026